UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 13-61764-Civ-SCOLA**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

JACK FREEDMAN,

    Defendant.
_____/

### Order Granting Plaintiff's Request For Stay

This matter is before the Court on the Commission's Notice of Partial Settlement with Defendant Jack Freedman and Request for Stay. Having considered the request and the record, and for good cause shown:

**It is ordered and adjudged** that the remainder of this case within which the Commission would seek disgorgement, prejudgment interest and a civil penalty against Freedman is stayed due to the pendency of a parallel criminal proceeding against Freedman concerning the same facts involved in this case. *USA v. Freedman*, Case No. 13-60204-CR-HURLEY/HOPKINS (S.D. Fla. August 14, 2013). The stay will be effective upon entry of this Order and will continue for a period of 90 days after the criminal sentence is entered, to allow counsel for the Commission to obtain authority from the Commission for a specific disgorgement and penalty amount. The Clerk shall **close** this case during the pendency of this stay.

**Done and Ordered** in chambers, at Miami, Florida, on October 16, 2013.

_____
Robert N. Scola, Jr.
United States District Judge

Copies to:

Counsel of record via CM/ECF

Mr. Jack Freedman, *pro se*
3800 Galt Ocean Drive, Apt. 203
Fort Lauderdale, FL 33308-7634