UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-61764-SCOLA/SELTZER

SECURITIES AND EXCHANGE COMMISSION,    )
                                        )
            Plaintiff,                  )
    v.                                  )
                                        )
JACK FREEDMAN,                          )
                                        )
            Defendant.                  )
_____ )

**PLAINTIFF'S NOTICE OF DISMISSAL OF ITS CLAIMS FOR
DISGORGEMENT, PREJUDGMENT INTEREST AND CIVIL PENALTY**

Plaintiff Securities and Exchange Commission provides notice that it is dismissing its claims for disgorgement, prejudgment interest and a civil penalty against Defendant Jack Freedman due to sanctions imposed on him in a parallel criminal proceeding and cooperation in other criminal matters.

Accordingly, all outstanding issues in this case against Freedman have been resolved. The Court will retain jurisdiction over Freedman, however, for purposes of enforcing the terms of the Consent Judgment of Permanent Injunction and Other Relief the Court entered against Freedman on October 16, 2013 (DE 12).

Dated: September 22, 2014            Respectfully submitted,

                            By:    /s/ Patrick R. Costello
                                   Patrick R. Costello
                                   Senior Trial Counsel
                                   Florida Bar No. 75034
                                   Direct Dial: (305) 982-6380
                                   E-mail: CostelloP@sec.gov
                                   *Lead Attorney*

-2-

        Michelle I. Bougdanos
        Senior Counsel
        Florida Bar No. 20731
        Telephone: (305) 982-6307
        E-mail : BougdanosM@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 22, 2014, the above document was filed electronically using CM/ECF.  I also certify that the above document is being served this day on all counsel of record or *pro se* parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of record or *pro se* parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Patrick R. Costello
Patrick R. Costello

## SERVICE LIST

*Securities and Exchange Commission v. Freedman*
Case No. 13-cv-61764-SCOLA/SELTZER
United States District Court, Southern District of Florida

Jack Freedman
3800 Galt Ocean Drive, Apt. 203
Fort Lauderdale, FL 33308-7634
*Pro se*

**Via First Class Mail**